ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ROBERT HENDERSON,                :
                                 :
              Plaintiff,         :
                                 :
        - v. -                   :
                                 :   STIPULATION AND ORDER
                                 :   07 Civ. 10564 (RMB)(HBP)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is* extended from February 25, 2008 to and including April 25, 2008 [March 25, 2008*]. The reason for the request is

RMB

*without prejudice to future application if necessary

the administrative record has not yet been received by defendant's counsel.  No prior extension has been requested in this case.

Dated:  New York, New York
        January 2⌀ , 2008

_____
ROBERT HENDERSON
Plaintiff pro se
#06-R-2346
Ogdensburg Correctional
One Correction Way
Ogdensburg, New York  13669-2288

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By:_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

RMB
_____
UNITED STATES DISTRICT JUDGE
2/7/08