ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

**MEMO ENDORSED**
As modified

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
TONY CLARK,                     :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :    07 Civ. 10564 (RMB)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008 [March 25, '08]. The reason for the request is

RMB

the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       January 23, 2008

>                    *Tony Clark*
>                    _____
>                    TONY CLARK
>                    Plaintiff pro se
>                    70 West 115th Street
>                      Apt.#13E
>                    New York, New York  10026
>                    Tel. No.: (212) 423-0605
>
>                    MICHAEL J. GARCIA
>                    United States Attorney
>                    Southern District of New York
>                    Attorney for Defendant
>
>                    By: _____
>                        JOHN E. GURA, JR.
>                        Assistant United States Attorney
>                        86 Chambers Street - 3rd Floor
>                        New York, New York  10007
>                        Telephone No.: (212) 637-2712
>                        John.Gura@usdoj.gov

SO ORDERED:

*RMB*
_____
UNITED STATES DISTRICT JUDGE
2/25/08