USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-30-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROBERT HENDERSON                        :

               Plaintiff,     :     07 Civ. 10564 (HBP)

  -against-                            :     SCHEDULING
                                    :     ORDER
MICHAEL J. ASTRUE, Commissioner of
Social Security                         :

               Defendant.     :

----------------------------------------X

        PITMAN, United States Magistrate Judge:

        Plaintiff commenced this action on November 26, 2007 seeking review of a decision of the Social Security Administration denying benefits. Defendant filed his answer on or about April 25, 2008. However, to date, neither party has moved for judgment on the pleadings.

        No later than June 30, 2008, both plaintiff and counsel for defendant are directed to serve and file their motions for judgment on the pleadings.

Dated:  New York, New York
       April 29, 2008

                            SO ORDERED

                            _____
                            HENRY PITMAN
                            United States Magistrate Judge

Copies Mailed To:

Mr. Robert Henderson
06-R-2346
Ogdensburg Correctional Facility
One Correction Way
Ogdensburg, New York 13669-2288

John E. Gura, Esq.
Assistant United States Attorney
86 Chambers Street
3rd. Floor
New York, New York 10007