

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

*86 Chambers Street*
*New York, New York 10007*

RECEIVED
JUL 1 2008
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

June 30, 2008

By Hand

*THE SCHEDULE PROPOSED HEREIN IS APPROVED.*

Hon. Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-1-08

Re:  Robert Henderson v. Astrue
     07 Civ. 10564 (HBP)

Dear Judge Pitman:

    This Office represents the Commissioner of Social
Security, the defendant in this action.  We write respectfully to
request an extension of the briefing schedule.

    Plaintiff has filed a motion for the judgment on the
pleadings and the Government's motion for judgment on the
pleadings was due by June 30, 2008.  While drafting the
Government's brief, however, we encountered an issue that
required this Office to seek further information from the agency.
We have asked the Social Security Administration to provide us
with an answer to our concerns, which could result in change of
the defendant's litigation position in this action.  In view of
the foregoing, I respectfully request that the Court approve the
following schedule:

    Defendant will cross-move for judgment on the pleadings
    by July 30, 2008.

    Plaintiff's reply, if any, is due on or before August
    15, 2008.

    Defendant's reply, if any, is due on or before August 29,
    2008.

    This Office was unable to contact plaintiff to obtain
consent to this request.

We apologize for the delay in making this request and thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____

JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc:  Mr. Robert Henderson
     #06-R-2346
     Ogdensburg Correctional Facility
     One Correction Way
     Ogdensburg, New York  13669-2288
     (BY MAIL)

2